# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GLEN RANDOLPH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3520

[May 12, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 16-000996CF10A and 18-014600CF10A.

Robert David Malove of The Law Office of Robert David Malove, P.A., Ft. Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***